**PRENOVOST, NORMANDIN, DAWE & ROCHA**
**A Professional Corporation**
**KAREL ROCHA, SBN 212413**
krocha@pnbd.com
**JASON MEYER, SBN 299032**
jmeyer@pnbd.com
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.: (714) 547-2444**
**Fax No.: (714) 835-2889**

Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee of Rockland Funding, LLC dba Westbrook Partners, Los Altos8 Investors, LLC and Los Altos8 Owner, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH F. LAMB aka RANDY LAMB, an individual; LISA CAREY-LAMB, an individual; LAMB PARTNERS, LLC, and DOES 1 through 20, included,<br><br>Defendants. | Case No. 3:25-cv-09405-AGT<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION VACATING ALL DEADLINES**<br><br>Action Filed: October 31, 2025<br>Trial: July 26-29, 2027 |

**NOTICE OF CONDITIONAL SETTLEMENT & JOINT STIPULATION**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: the Parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in the Settlement Agreement entered into by the Parties. Pursuant to the terms of the Settlement Agreement, the Parties will request dismissal of this entire Action upon satisfaction of the conditions set forth therein.

///

///

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 • FAX (714) 835-2889

In light of this conditional settlement, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement;

WHEREAS, the Parties expect such conditions of settlement to be completed within 90 days of the filing of this notice and stipulation;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case as stated in this Court's Case Management Order (Dkt.#20), including the last day to complete ADR, with the understanding that the Parties will file a request for dismissal of the Action following completion of the conditional terms of settlement; in the unlikely event that the settlement conditions are not completed within the time agreed by the Parties, Plaintiff will request a further case management conference to set new case management deadlines.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case.

DATED: 7-23-26

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation

By: [signature]
KAREL ROCHA
JASON MEYER
Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

DATED: ____________

MENLO LAW GROUP, PC

By: ____________________
JENNIFER HAGAN
Attorneys for RANDOLPH F. LAMB aka RANDY LAMB; LISA CAREY-LAMB; LAMB PARTNERS, LLC

In light of this conditional settlement, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement;

WHEREAS, the Parties expect such conditions of settlement to be completed within 90 days of the filing of this notice and stipulation;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case as stated in this Court's Case Management Order (Dkt.#20), including the last day to complete ADR, with the understanding that the Parties will file a request for dismissal of the Action following completion of the conditional terms of settlement; in the unlikely event that the settlement conditions are not completed within the time agreed by the Parties, Plaintiff will request a further case management conference to set new case management deadlines.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case.

DATED: ________________

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation

By: ______________________________
KAREL ROCHA
JASON MEYER
Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

DATED: 7/23/2026

MENLO LAW GROUP, PC

By: [signature]
JENNIFER HAGAN
Attorneys for RANDOLPH F. LAMB aka RANDY LAMB; LISA CAREY-LAMB; LAMB PARTNERS, LLC

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 • FAX (714) 835-2889

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 • FAX (714) 835-2889

# PROOF OF SERVICE

**National Union v. Lamb**
**3:25-cv-09405-AGT**

**STATE OF , COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On July 23, 2026, I served true copies of the following document described as **NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION VACATING ALL** on the interested parties in this action as follows:

Jennifer J. Hagan,Esq.
Menlo Law Group, P.C.
1300 El Camino Real, Ste. 100
Menlo Park, CA 94025
Tel: (650) 322-8498
E-mail: jenniferh@menlowlawpc.com

Attorney for Defendants

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document to be sent from e-mail address maranda@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2026, at Santa Ana, California.

Maria Christina Aranda
Maria Christina Aranda