UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Plaintiff,

v.

RANDOLPH F LAMB, et al.,

Defendants.

Case No. 25-cv-09405-AGT

**ORDER TO SHOW CAUSE RE: DEFENDANTS' RESPONSE TO THE MOTION FOR SETTLEMENT ENFORCEMENT**

Re: Dkt. No. 24

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA has filed a motion to enforce the parties' settlement agreement. Dkt. 24. Defendants' deadline to respond to the motion was September 30, 2026. Civil L.R. 7-3(a). Under the Local Rules, a party who doesn't oppose a motion must still file a statement of nonopposition by the deadline to oppose. Civil L.R. 7-3(b). Defendants didn't meet that deadline. There have been no filings by Defendants since Plaintiff filed its motion.

Accordingly, the Court orders Defendants to show cause as to their failure to properly respond to Plaintiff's motion under the Local Rules or file a statement of nonopposition. Defendants' response is due by **October 28, 2026**. The hearing set for November 6, 2026, is hereby vacated.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Alex G. Tse
United States Magistrate Judge